IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL CASE NO. 3:09cr17

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs.  )<br>)<br>)<br>TADARIAN R. NEAL.  )<br>_____) | O R D E R |

**THIS MATTER** is before the Court on the Defendant's *pro se* Motion to Suppress [Doc. 31].

The Defendant is represented by court-appointed counsel. Thus, he may not make *pro se* filings.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* Motion to Suppress [Doc. 31] is hereby **STRICKEN** from the record.

Signed: September 18, 2009

Martin Reidinger
United States District Judge