# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:09cr17

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| TADARIAN R. NEAL. ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* writing which the Court construes as a Motion to Reconsider the Motion to Suppress [Doc. 39].

The Court has previously advised the Defendant that he is represented by court-appointed counsel and, as a result, that he may not make *pro se* filings. The Defendant has ignored the Court's directive. As a result, the Defendant is hereby placed on notice that all future filings made by him in a *pro se* status will be stricken from the record without further order.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* writing construed as a Motion to Reconsider the Motion to Suppress [Doc. 39] is hereby **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that any future filing made by the Defendant in a *pro se* status while he is represented by counsel shall be stricken from the record without further order.

Signed: October 6, 2009

Martin Reidinger
United States District Judge