UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:09cr17-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **FINAL ORDER AND JUDGMENT** |
| | ) | **CONFIRMING FORFEITURE** |
| v. | ) | |
| | ) | |
| TARDARIN RESHAWN NEAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 13, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's conviction on Counts One and Two at a trial of this matter. As to Count One, Defendant was convicted of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1).

On August 4, 2010 through September 2, 2010, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from August 4,2010 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Savage 12-gauge shotgun, serial number P679713 and ammunition**.

Signed: October 6, 2010

Frank D. Whitney
United States District Judge