# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

V.                                      CASE NUMBER: 3:09cr17-FDW

TADARIAN RESHAWN NEAL

THIS MATTER is before the Court on Court Order, filed 3/31/15, for an evidentiary hearing.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport and produce the body of TADARIAN RESHAWN NEAL (USM# 19579-058), for evidentiary hearing before the honorable Frank D. Whitney, in the Western District of North Carolina, Charlotte, North Carolina not later than April 27, 2015, and upon completion of the evidentiary hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: April 6, 2015

_____
Frank D. Whitney
Chief United States District Judge